**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-2235**

———————

WILLIAM A. TACCINO,

                    Plaintiff – Appellant,

          v.

BANK OF AMERICA, successor to LaSalle Bank National Assoc.;
DANIEL J. TOBIN; BALLARD & SPAHR, LLC,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:12-cv-02677-RDB)

———————

Submitted:  January 30, 2013        Decided:  February 7, 2013

———————

Before AGEE and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

William A. Taccino, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. Taccino appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taccino v. Bank of America, No. 1:12-cv-02677-RDB (D. Md. Sept. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED